**Electronically Filed
Supreme Court
SCWC-19-0000034
05-AUG-2021
09:37 AM
Dkt. 11 OGAC**

SCWC-19-0000034

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LUKE J. WARNER, Petitioner/Petitioner-Appellant

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000034; CASE NO. 1PR-18-1-000004)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins,
JJ.)

Petitioner/Petitioner-Appellant Luke J. Warner's
application for writ of certiorari filed on June 24, 2021, is
hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard
in this case. Any party may, within ten days and pursuant to
Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for
retention of oral argument.

DATED: Honolulu, Hawaiʻi, August 5, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd E. Eddins

